## Charles P. Hamill, Jr., Petitioner-Appellant, v. Janet B. Hamill, Respondent-Appellee.

Gen. No. 62–O–8.

Fourth District.

December 12, 1962.

Alan J. Dixon, of Belleville, for appellant; Fleming, Fiedler & Hotto, of East St. Louis, for appellee. Opinion by JUSTICE HOFFMAN. Not to be published in full.